1

U.S. District Court Judge RICARDO S. MARTINEZ

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON AT TACOMA

7                                                        )
8      AILEEN S. WEST,                                   )   Case No. C19-6075 RSM
                                                         )
9                              Plaintiff,                )   AGREED ORDER RE EAJA FEES
                                                         )
10     vs.                                               )
                                                         )
11                                                       )
                                                         )
12     COMMISSIONER OF SOCIAL SECURITY,                  )
                                                         )
13                             Defendant.                )
                                                         )

14

15         Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA),

16     28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA

17     attorney's fees of $5,701.53 are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S.

18     2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset

19     allowed under the Department of the Treasury's Offset Program, then the check for EAJA

20     fees shall be made payable to JEANETTE LAFFOON, based upon Plaintiff's assignment

21     of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to

22     Plaintiff's counsel, JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA

23     98501.

24

25
       AGREED ORDER RE EAJA FEES      - Page 1          MADDOX & LAFFOON, P.S.
       [C19-6075 RSM]                                   410-A South Capitol Way
                                                        Olympia, WA. 98501
                                                        (360) 786-8276

1 | DATED: September 4, 2020.

2

3

4

RICARDO S. MARTINEZ
5 | CHIEF UNITED STATES DISTRICT JUDGE

6

7

8 | Presented by:

9 | /s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
10 | Attorney for Plaintiff

11

Approved for entry,
12 | Notice of presentation waived:

13 | /s/ ERIN F. HIGHLAND
ERIN F. HIGHLAND
14 | Special Assistant U.S. Attorney
Attorney for Defendant
15 | *(signed per email authorization)*

16

17

18

19

20

21

22

23

24

25

AGREED ORDER RE EAJA FEES      - Page 2          MADDOX & LAFFOON, P.S.
[C19-6075 RSM]                                   410-A South Capitol Way
                                                 Olympia, WA. 98501
                                                 (360) 786-8276

1

<u>CERTIFICATE OF ELECTRONIC FILING:</u>

2

This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the

3

Court using the CM/ECF system which will send notification of such filing to the following:

4

ERIN F. HIGHLAND
Special Asst. U.S. Attorney

5

Office of General Counsel
701 5th Avenue, Suite 2900, MS 221A

6

Seattle, WA  98104-7075
erin.highland@ssa.gov

7

8

Kerry J. Keefe
Asst. U.S. Attorney

9

Department of Justice
U.S. Attorney's Office

10

700 Stewart Street, Ste 5220
Seattle, WA  98101-1271

11

Kerry.keefe@usdoj.gov

12

13

DATED:  September 3, 2020

14

/s/ Jeanette Laffoon

15

Jeanette Laffoon, Attorney
MADDOX & LAFFOON, P.S.

16

jeanettelaffoon@gmail.com

17

18

19

20

21

22

23

24

25

AGREED ORDER RE EAJA FEES      - Page 3
[C19-6075 RSM]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276